IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–02535–RBJ–KMT

RON MILLER,

      Plaintiff,

v.

BEST BUY CO., INC.,
HSBC FINANCE CORPORATION, INC., and
HSBC BANK NEVADA, N.A.,

      Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

"Plaintiff's Expedited Motions for Reconsideration of Order Denying Leave to File Motion to Show Cause and Leave to File Such" (Doc. No. 45, filed March 28, 2013) is **DENIED**. Defendants have mailed copies of the motions to dismiss at three different addresses and also sent the documents to him by email. Though the defendants, apparently because of a typographical error, did not send the documents to the correct address originally, they have remedied that error. Plaintiff is granted an extension to and including **April 15, 2013**, to file responses to the motions to dismiss. No further extensions will be granted in this regard. Because of this extension, Plaintiff will not be prejudiced, and there is no reason to issue an order to show case.

Dated: March 29, 2013