# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya

**Civil Action No.** 12-cv-02535-RBJ-KMT       FTR - Courtroom C-201

**Date:** May 2, 2013                         Deputy Clerk, Nick Richards

RON MILLER,                                   Pro Se

    Plaintiff,

v.

BEST BUY CO., INC.,                           Paul E. Collins
HSBC FINANCE CORPORATION, INC., and
HSBC BANK NEVADA, N.A.,

    Defendants.

---

## COURTROOM MINUTES / MINUTE ORDER

**SCHEDULING CONFERENCE**
**Court in Session: 9:45 a.m.**
Court calls the case. Appearances of counsel.

Discussion regarding Plaintiff's Motion for Leave and Alternative Motions for Finding of Facts and Conclusions, Clarification, or Recommendation, of <u>Court's Striking of Second Amended Complaint</u> [Doc. No. 62, filed April 19, 2013].

It is **ORDERED**:    Plaintiff's Motion for Leave [62] is **DENIED WITHOUT PREJUDICE** as stated on the record.

[**XX**]   Scheduling Order entered.

THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE.

<u>DEADLINES</u>:
Joinder of Parties/Amendment to Pleadings: June 15, 2013
Discovery Cut-off: November 29, 2013
Dispositive Motions Deadline: December 20, 2013
Each side shall be limited to 2 expert witnesses.
Disclosure of Affirmative Experts: September 1, 2013

Disclosure of Rebuttal Experts: October 1, 2013
Written Discovery shall be served no later than 33 days prior to the discovery cutoff.
Each side shall be limited to 25 interrogatories, 25 requests for admission, and 25 requests for documents.
Each side shall be limited to 10 depositions, including experts. No deposition shall exceed 7 hours in length without prior agreement or a court order.

**NO SETTLEMENT CONFERENCE** set for this matter at this time.

TRIAL:

Final Pretrial Conference and Trial Preparation Conference set before District Judge R. Brooke Jackson for March 21, 2014 at 8:00 a.m.
Trial to [ ] Court   [X] Jury for 3 days is set for April 14, 2014 at 9:00 a.m.

Parties are directed to www.cod.uscourts.gov and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.

**Court in recess: 10:12 a.m.**
Total In-Court Time:   00:27        Hearing concluded.

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.