IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 12-cv-02535-RBJ-KMT

RON MILLER,

    Plaintiff,

v.

BEST BUY CO., INC.,
HSBC FINANCE CORPORATION, INC.,
HSBC BANK NEVADA, N.A.,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

The Court, having reviewed the parties' Stipulation to Dismiss with Prejudice, and being fully informed in the premises, hereby

GRANTS the stipulated motion. This action is Dismissed with Prejudice, parties to bear their own fees and costs.

DATED this 4th day of September, 2013.

BY THE COURT:

*[signature: Brooke Jackson]*

_____
R. Brooke Jackson
United States District Judge